## **EXHIBIT A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JOSE TORRES,

                Plaintiff,

v.

WAGNER COLLEGE and FRANK CAFASSO

                Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Case No.: 1:24-CV-03179

---

**WHEREAS**, no party to this action is an infant, Plaintiff Jose Torres, and Defendant Wagner College, by their respective attorneys, hereby stipulate and agree pursuant to F.R.C.P. 41 to discontinue and dismiss the above-referenced action, with prejudice, and without costs to any party.

Dated: October 8, 2024

| | |
|---|---|
| FISHER TAUBENDELD LLP | BOND, SCHOENECK & KING, PLLC |
| By: ___/s/___ | By: ___/s/___ |
| Liane Fisher, Esq. | Adam P. Mastroleo, Esq. |
| 225 Broadway, Suite 1700 | One Lincoln Center |
| New York, New York 10007 | Syracuse, New York 13202 |
| Telephone: (212) 571-0700 | Telephone: (315) 218-8000 |
| *Attorney for Plaintiff* | *Attorney for Defendant Wagner College* |

**SO ORDERED:**

_____